SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 NOV 18  PM 1:25

OFFICE OF THE CLERK

DOA
11-20-25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HOBERT RUPE,
BRENT ZYWIEC,
DAN THOMAS,
SHANE ZYWIEC

Defendants.

4:25CR3083

SUPERSEDING
INDICTMENT
18 U.S.C. § 1349
18 U.S.C. § 1346
18 U.S.C. § 1343
18 U.S.C. § 1951
18 U.S.C. § 2

25-9509 MJ

The Grand Jury charges that

## Count I—Honest Services Fraud Conspiracy

Introductory Allegations:

1. At all times material to Count I, defendant HOBERT RUPE was the Executive Director of the Nebraska Liquor Control Commission (hereinafter "Liquor Commission"). This position is selected by the three Commissioners, which are appointed to six-year terms by the Governor of Nebraska. Rupe was first appointed to this position in December 2003 and began his duties in January of 2004. He continuously held this position until his resignation in June of 2025. HOBERT RUPE did, at times material to Count I, participate in the approval process for local institutions obtaining a liquor license.

2. The Liquor Commission is responsible for regulating and controlling the alcoholic beverage industry and alcoholic beverages located within and transported into the State of Nebraska in an efficient, effective manner in order to promote public health, safety and welfare. The Liquor Commission oversees various tavern violations and the assignment of the corresponding penalties, but it also reserves the option to deviate from the penalty

guidelines to encourage voluntary compliance with the Liquor Control Act and its regulations. The Executive Director is appointed by the commissioners. The Executive Director is responsible for enforcing the liquor laws and presenting any possible violations of those laws to the Liquor Commissioners. The Executive Director keeps track of all proceedings, transactions, communications, and official acts of the Liquor Commission. The Executive Director is also the custodian of all records and performs such other duties as the commission may prescribe.

3. At all times material to Count I, BRENT ZYWIEC and DAN THOMAS, and others known to the grand jury, were partial owners of The Office Gentleman's Club (hereinafter "The Office") and The Night Before Lounge (hereinafter "The Night Before") in Lincoln, Nebraska. Both businesses are bars that feature exotic dancers, more commonly known as "strip clubs" that sell liquor, meaning they are bound by the rules and regulations set forth by the Nebraska Liquor Control Commission.

4. Between on or about January 1, 2022, and May 28, 2025, in the District of Nebraska, HOBERT RUPE, BRENT ZYWIEC and DAN THOMAS, and others known and unknown to the grand jury, did knowingly combine, conspire, confederate, and agree with each other to commit honest services fraud, to wit: They agreed to knowingly devise a scheme and artifice to defraud the residents of the State of Nebraska of their intangible right to the honest services of the Nebraska Liquor Control Commissioner HOBERT RUPE, and by interstate wires and means of facilities of interstate commerce, in violation of Title 18, United States Code, Sections 1346 and 1343. Specifically, Executive Director HOBERT RUPE was provided personal and financial benefits, to include sexual acts performed on him by employees of the strip clubs, cash, free alcoholic beverages, free cover charges for his entry into The Office and The Night Before clubs on various

occasions, free dances, and other items of value, through a stream of benefits, from

BRENT ZYWIEC and DAN THOMAS, and other co-conspirators known to the grand

jury, in exchange for official actions and inactions taken by Nebraska Liquor Control

Commissioner HOBERT RUPE, for the benefit of The Office, The Night Before, and

themselves. It is further alleged HOBERT RUPE's stream of benefits was provided by

BRENT ZYWIEC and DAN THOMAS, and other co-conspirators known to the grand

jury with the intent to influence HOBERT RUPE's official actions or inactions in his role

as Executive Director of the Liquor Commission.

<u>Manner and Means of the Conspiracy</u>

5. It was part of the conspiracy and scheme to defraud that BRENT ZYWIEC and DAN

THOMAS, and others known and unknown to the grand jury, would provide HOBERT

RUPE with cash, sexual acts performed on HOBERT RUPE by dancers, and other

accommodations at The Office and The Night Before such as free private dances, free

VIP dances, a waiver of any cover charge and free alcoholic beverages. HOBERT RUPE

would use the cash provided to pay dancers at The Office and The Night Before for

private and/or VIP dances. It is known that private dances typically cost $100 for three

songs. A VIP dance can cost upwards of $400-500. Surveillance video was located from

April 26, 2024, which depict BRENT ZYWIEC conducting a cash transaction with

HOBERT RUPE. BRENT ZYWIEC is observed on security cameras at The Office

handing a bundle of cash to HOBERT RUPE under a table to keep others in the room

from witnessing the cash handoff. Shortly thereafter, HOBERT RUPE was observed

transacting cash in a private room to pay for a private session. A second video captured

May 14, 2024, depicts an Office employee appearing to conduct a cash transaction with

HOBERT RUPE. Shortly thereafter, HOBERT RUPE was observed transacting cash in a private room to pay for a private session.

6. It is illegal for the Executive Director of the Liquor Control Commission to accept any gift or gratuity from any person subject to the Nebraska Liquor Control Act, pursuant to Neb. Rev. Statute §53-111.

7. It was part of the conspiracy and scheme to defraud that employees of The Office would indicate on sticky notes the amount of money taken out of the business safe and provided to HOBERT RUPE. These sticky notes would have "COB," which stands for "cost of business," written on them and the dollar amount. This system allowed the owners of The Office to keep track of the cash at The Office that was expensed by the business to influence HOBERT RUPE over time in the performance of his official duties.

8. It was part of the conspiracy and scheme to defraud that BRENT ZYWIEC and DAN THOMAS would often send various items of value, such as photos of the dancers, identifying information on the dancers, and the dancers' schedule for working at The Office and/or The Night Before to HOBERT RUPE, often at HOBERT RUPE'S request. The photos of the dancers had value to HOBERT RUPE. The identifying information on the dancers would be used by HOBERT RUPE to look up the dancers in the Nebraska Criminal Justice Information System, a law enforcement database, to gain inside knowledge about the individuals. The dancers' schedule was of value to HOBERT RUPE as he utilized it to know when to go to The Office and/or The Night Before so he could have access to his favorite dancers. These searches exceeded HOBERT RUPE's lawful use of the Nebraska Criminal Justice Information System.

9. It was part of the conspiracy and scheme to defraud that HOBERT RUPE would travel to The Office and/or The Night Before frequently. Each time he would be exempt from

paying a cover charge which could cost up to $20. HOBERT RUPE also did not have to pay for alcoholic beverages while at the clubs.

10. It was part of the conspiracy and scheme to defraud that HOBERT RUPE would communicate with BRENT ZYWIEC and DAN THOMAS about when he would be going to The Office. The group worked together to communicate in code. The term, "team players" would be used in reference to HOBERT RUPE and BRENT ZYWIEC opining if a specific dancer would be willing to participate in sexual activities with HOBERT RUPE. References to "book" or "papers" were code words for cash.

11. It was part of the conspiracy and scheme to defraud that BRENT ZYWIEC would retain recordings of various individuals, unknown to the grand jury, in compromised positions receiving private dances or VIP sessions at The Office. Located on BRENT ZYWIEC's iCloud account was at least one compromising video of HOBERT RUPE receiving oral sex from the dancer.

12. It was part of the conspiracy and scheme to defraud that in exchange for the benefits received, HOBERT RUPE, in his official capacity as the Executive Director of the Nebraska Liquor Control Commission, would utilize his ability to materially influence the justice system in Nebraska, effectively insulating The Office and/or The Night Before from law enforcement while targeting investigations toward The Office and The Night Before's business competitors. Communications between HOBERT RUPE, BRENT ZYWIEC and DAN THOMAS, and other co-conspirators known to the grand jury support a part of BRENT ZYWIEC and DAN THOMAS's business plan was to utilize their relationship with HOBERT RUPE to close rival clubs, thus resulting in increased revenues for The Office and/or The Night Before.

13. It was part of the conspiracy and scheme to defraud that HOBERT RUPE would frequently refer allegations of criminal activity originating at Club Omaha and Club 180 for investigation and prosecution. These clubs are business competitors of The Office and The Night Before. The closing of The Office and The Night Before's top competitors would materially increase both The Office and The Night Before's revenues.

14. It was part of the conspiracy and scheme to defraud that HOBERT RUPE would pass along sensitive law enforcement investigative techniques and plans to BRENT ZYWIEC and/or DAN THOMAS to let him know that law enforcement was actively investigating competitor clubs.

15. It was part of the conspiracy and scheme to defraud that HOBERT RUPE would often turn a blind eye from clear violations that he knew were occurring at The Office and/or The Night Before. Various violations that HOBERT RUPE knew about went unreported to law enforcement, thus avoiding any citations that law enforcement may have given to The Office and/or The Night Before.

16. It was part of the conspiracy and scheme to defraud that HOBERT RUPE failed to disclose that The Office and/or The Night Before were providing gifts of over $100 as required to be disclosed under state law on HOBERT RUPE's Statements of Financial Interests filed with the Nebraska Accountability and Disclosure Commission.

17. As part of the conspiracy and scheme to defraud described above and in furtherance of it, HOBERT RUPE, BRENT ZYWIEC and DAN THOMAS caused to be transmitted by means of wire communications, communications in interstate commerce and utilizing facilities of interstate commerce, the sounds and signals described below:

| WIRE | ON OR ABOUT | WIRE DESCRIPTION |
|---|---|---|
| iMessage between Hobert Rupe and Brent Zywiec | September 16, 2022 | HR: Thinking of stopping by. Are you out? BZ: No. Living in hell. But |

| | | |
|---|---|---|
| | | can make your night good<br>BZ: Let me know<br>HR: Heading to Office<br>BZ: [Employee known to the grand jury] has your book<br>BZ: Have fun brother<br>HR: (thumbs up emoji)<br>BZ: (okay hand emoji)<br>BZ: Is it busy<br>HR: Incredibly. [dancer known to the grand jury] and [dancer known to the grand jury] have been back in VIP since I got here<br>BZ: sorry and (grinning face emoji)(grinning face emoji)<br>HR: 2 guys had 4 girls<br>HR: I never want to get in the way of them (and you) from making money<br>BZ: I know brother. Piss em off pick another<br>HR: The regular rooms have been busy as well. Might see if I can snag [employee of The Office known to the grand jury]<br>BZ: Good choice<br>HR: yes it was<br>BZ: that a boy |
| iMessage between Hobert Rupe and Brent Zywiec | September 21, 2022 | HR: forgot to ask. What are your thoughts on [person known to the grand jury]. Seemed cool<br>BZ: Like I said if I don't know em. Know em i can't endorse em. But that shouldn't stop you<br>HR: You know me. Always on the lookout for team players (winking face emoji)<br>BZ: Never hurts to ask<br>HR: Options! (grinning face emoji)<br>HR: Out running errands. Stopping by Office to see |

| | | | [employee known to the grand jury]. You out?<br>BZ: no. But did you need your book back<br>BZ: Left it in office<br>BZ: good read. Thanks<br>HR: Who has the book?<br>BZ: [employee known to the grand jury] can give it to you<br>HR: She is leaving for break<br>HR: [employee known to the grand jury]<br>HR: (thumbs up emoji) |
| iMessage between Dan Thomas and Brent Zywiec | May 13, 2023 | DT: [unknown object] Might want to send this to liquor and vice guy…Test to find out "Private location". Sounds very illegal.<br>DT: [unknown object] Facepalm emoji<br>BZ: Will do<br>DT: I sent it to my Sargent buddy but don't think he is working tonight…its happen tonight |
| iMessage between Hobert Rupe and Brent Zywiec | May 13, 2023 | BZ: [unknown object][unknown object] Private location. Text to find out where. WTF. Every Saturday. Hmm<br>HR: Did you text for location? How did you receive the flyer?<br>BZ: Dan found it and sent it to me<br>HR: Omaha or Lincoln?<br>BZ: Omaha I assume. Need to text find locations and destroy<br>BZ: It says he's providing booze<br>HR: If Omaha gives me ammo to have them go after [business competitor known to the grand jury] as well. This sounds like Omaha Gangs. They use the |

| | | |
|---|---|---|
| | | "promoter" racket to launder money. This is an illegal traveling road house.<br>BZ: Bottle service. Secret locations. Idk<br>BZ: This is [business competitor known to the grand jury]<br>HR: Omaha will want to shut that shit down and will be forced to look at [Competitor Strip Club known to the grand jury]<br>HR: How do you know it is [Competitor strip club known to the grand jury]?<br>BZ: I'll find out more. This is how Dan presented to me<br>BZ: pictures of girls may be an indicator. But I'll find out more. Night.<br>HR: NSP can run the phone number. Let me know what you find out! Night<br>BZ: (okay emoji) |
| iMessage between Brent Zywiec and Dan Thomas | August 12, 2023 | DT: Hobie is here<br>BZ: He told me<br>DT: Should I just buy him some dances<br>BZ: Absolutely<br>BZ: I got security and a lot of other omaha shit locked up if it happens<br>BZ: Ask Hobie if the 18 and over after hours is approved<br>DT: Gave the new blond 100 she just took Hobie to vip. Is that enough lol<br>DT: Then I gave [dancer known to the grand jury] and hundo and she grabbed him and took him back into vip (angel emoji)<br>BZ: It's not what you know. It's who you know (fist pump emoji) |

| | | |
|---|---|---|
| iMessage between Hobert Rupe and Brent Zywiec | August 15, 2023 | BZ: Did you find out anything new from Omaha And 18 and over after hours Lincoln?.<br>HR: Did you find out who your guy talked too? I spoke with [lobbyist known to the grand jury] and gave him a heads up. He agreed that the issue would be in front of council and that being "Not [competitor strip club known to the grand jury]" is the way to go.<br>BZ: Idk. I'll ask Dan<br>HR: I forgot to ask the Lincoln question. Efforting<br>BZ: No worries Ty<br>HR: Welcome as always<br>BZ: I owe you. As always |
| iMessage from Hobert Rupe to Dan Thomas | August 18, 2023 | HR: So I need to go into my shop for a bit tonight. I am considering stopping by NB4 on way home. You guys going to be out and about?<br>DT: I don't think we are going down to the NB4 tonight. We were there last night and have to go down tomorrow for the Bike run.<br>HR: That's cool. I doubt I will be able to stop by tomorrow. I still need to meet [dancer at The Office known to the grand jury] and get the story on the tattoo knives (smiling emoji)<br>DT: We also have a new Cuban who has an incredible body. [Employee at The Night Before known to the Grand Jury] was even impressed. She doesn't speak much English tough.<br>HR: I am screwed then. My ability to get them past my |

| | | |
|---|---|---|
| | | appearance is to get them to laugh.<br>DT: Her body will leave you speechless anyway :)<br>HR: What's her name?<br>DT: [name of dancer known to the grand jury]…funny name for a Cuban.<br>DT: [dancer at The Office known to the grand jury] is working tonight and another new blonde from [competitor strip club known to the grand jury]<br>HR: [dancer known to the grand jury] came from [competitor strip club known to the grand jury] as well iirc<br>DT: We've been getting a lot of dancers from [competitor strip club known to the grand jury] lately.<br>HR: Their loss your gain! Any reason why?<br>DT: They have been raising their prices. One of the girls said it was $300 if they showed up past midnight. I also think [competitor strip club known to the grand jury] is hurting the other Omaha area clubs.<br>HR: When the competition is a full on den of prostitution that can happen.<br>DT: Very true! Tough to compete!<br>HR: Trying to fix that |
| Email from Hobert Rupe to Assistant Attorney General | August 24, 2023 | "A heads up on the Omaha issue. 1. Got a call from an attorney earlier this week asking what would be needed to change from a "normal" license to become a Bottle Club with exotic entertainment. May be the |

| | | one I knew about but could also be a new player. 2. Got some info on the "Toy" shows that [competitor strip club known to the grand jury] is putting on at [competitor strip club known to the grand jury]. They are live sex shows with the dancers "enjoying" each other with the use of "Toys." These shows are not in the private areas but right up on the main stage. Let me know if you need any more info and what decision the AG makes." |
|---|---|---|
| iMessage between Brent Zywiec and Co-Conspirator Known to the Grand Jury | August 29, 2023 | BZ: [dancer known to the grand jury]'s ID please. [Employee at The Office known to the Grand Jury] says she doesn't have it. It's for our state friend please and thank you. Or let me know where it is and I'll have Steve or whoever grab a pic. :) |
| iMessage between Hobert Rupe and Dan Thomas | September 15, 2023 | HR: Ah. I think you need to have strip offs between the dancers with the same name. Who ever gets the most tips gets to keep the name (smiling emoji)<br>DT: I love the idea! We may need you to be our celebrity judge (cool face emoji)<br>HR: I am open to bribes (smirking emoji) |
| iMessage between Brent Zywiec and Dan Thomas | October 19, 2023 | DT: Hey was just thinking, [competitor business] if I witnessed him and one of his bartenders coming around the bar taking shots…Then going back and serving out drinks. Is that enough. If questioned he couldn't deny it. Then if camera footage requested he would be fuckkkked (devil |

| | | emoji)<br>BZ: record it ourselves<br>DT: Well obviously I witnessed him doing it on Saturday<br>BZ: Yep<br>DT: So I thought maybe someone from liquor commission could pay him a visit and just question him about it. Lol. Send a message. |
|---|---|---|
| iMessage between Brent Zywiec and Dan Thomas | November 7, 2023 | BZ: He's been evicted. Lol (crying laughing emojis)<br>BZ: No bar no club. Bye bye. Love it.<br>DT: Huh?<br>BZ: He's gone<br>BZ: Evicted.<br>DT: Bullshit?<br>BZ: He has been evicted.<br>BZ: I talked to the owner of the building personally. He's done.<br>DT: Omg call ya in a second<br>BZ: 1 down 2 to go (crying laughing emojis)<br>DT: (smiling emoji)<br>DT: That was almost too easy<br>BZ: It was super easer (fist pump emojis) |
| iMessage between Brent Zywiec and Dan Thomas | November 10, 2023 | BZ: Office might be -500 in safe today. My buddies bday. Cost of doing business. |
| iMessage between Hobert Rupe and Brent Zywiec | November 29, 2023 | BZ: Snapchat messages that 2 fine Irishmen not kicked out. Remodeling and doing a [business competitor known to the grand jury] style<br>HR: That is concerning. How reliable is source?<br>BZ: reliable<br>HR: Good. Gives me leverage when I talk to AG tomorrow.<br>HR: BTW. There was a smoking hot Cuban there tonight. Was gonna chat her |

| | | |
|---|---|---|
| | | up but [employee known to the grand jury] says no English and then I talked to [dancer known to the grand jury]. Still wanna fuck her too! (grinning face emoji)<br>BZ: She's wasted<br>HR: If I had more time I would have tried to see how poor her decision skills were affected (grinning face emoji)<br>BZ: Lol |
| iMessage between Brent Zywiec and Dan Thomas | December 1, 2023 | DT: Please let me know if you talk to your friend this weekend if he's heard anything more about [competitor strip club known to the grand jury], [competitor strip club known to the grand jury], and what the fuck the law going to do about all these people breaking the motherfucking law<br>DT: Also, one of the [competitor strip club known to the grand jury] girls at now works for us mentioned that [competitor club owner known to the grand jury] has an underground club. That is basically a brothel.<br>BZ: Where<br>BZ: Already told my friend about the other<br>BZ: Where is the brothel. Take him down in 2 seconds. Have a friend rent the building once he loses liquor license and never have a striper in there for a year. And bye bye [competitor strip club known to the grand jury]<br>DT: I'll try to talk to the dancer tonight see if I can get more information out of her may have to pay her but she's |

| | | |
|---|---|---|
| | | not a fan of hm so could be really easy<br>DT: She said he didn't hire her back because she refused to do extras etc<br>BZ: Jesus Christ dude. So fucking easy with our connections to end him<br>BZ: If that's true. Its over<br>BZ: Revenue up 25% each club minimum if there's only 2 clubs |
| iMessage between Hobert Rupe and Brent Zywiec | December 6, 2023 | HR: heading to your club<br>BZ: (thumbs up emoji)(thumbs up emoji)<br>HR: Doubt I will be able to take advantage of the offer. If not today, can I get a rain check?<br>HR: never mind. She is now available. How do I get the cash<br>HR: I told her you where picking up a vip and she got excited<br>HR: she is on stage now |
| iMessage between Hobert Rupe, Brent Zywiec and Dan Thomas | March 30, 2024 | DT: [Competitor strip club known to the grand jury] officially passed final eviction today. Unreal<br>HR: That is bullshit! I need to see that order<br>HR: Where's the case that [business competitor] won. I can't find shit about it. |
| Security Camera Surveillance Video | April 26, 2024 | A video was located on The Office's DVR recording system of Zywiec handing Rupe a bundle of cash under a table so other individuals in the room did not see the cash transaction. Shortly thereafter, Rupe is seen on video transacting cash in a private room to pay for a private |

| | | |
|---|---|---|
| | | dance session. |
| iMessage between Hobert Rupe and Brent Zywiec; phone calls placed by Brent Zywiec; Security Camera Surveillance Video uploaded by Brent Zywiec to iCloud account | May 14, 2024 | HR: You at club or house?<br>BZ: House<br>HR: Stopping by<br>BZ: K<br>Call from HR to BZ that lasts 131 seconds<br>Call from BZ to The Office that lasts 171 seconds<br>Call from BZ to HR that lasts 51 seconds<br>A video located on The Office's DVR recording system of a bartender at The Office handing Rupe a stack of cash. Shortly thereafter, a video saved on Zywiec's iCloud of Rupe making a cash transaction in a private room to pay for a private dance session. In the video, Rupe is seen having a large amount of physical contact with the dancer, to include Rupe rubbing and/or grasping the dancer's nude breasts and partially clothed buttocks. |
| Security Camera Surveillance Video | July 20, 2024 | A video was located on Zywiec's iCloud account depicting Rupe in a private room with a dancer. Rupe was engaged in a large amount of physical contact with the dancer, to include receiving oral sex and manual stimulation. |
| iMessage between Hobert Rupe and Brent Zywiec | December 8, 2024 | BZ: [video depicting a large fight involving an individual who is believed to be Zywiec, multiple punches are thrown at one another. The group of individuals fighting spills out of The Office's front door which leads to the parking lot]<br>BZ: [video depicting the fight |

| | | |
|---|---|---|
| | | from the vantage point of The Office's front parking lot facing the front door. An individual again believed to be Zywiec appears to hold and point a handgun at another male while yelling, "Don't fucking move, motherfucker…I'll fucking kill you…get the fuck out of here."<br>BZ: Had to pull my gun on a guy who pulled a knife<br>HR: did you contact LPD?<br>BZ: No<br>BZ: photo of a bloody hand resting on a pillow or cushion |
| iMessage between Hobert Rupe and Brent Zywiec | December 16, 2024 | BZ: [unknown object][unknown object][unknown object]<br>HR: Damn those girls are (fire emoji)<br>HR: Which one do you want? I take the other one (grinning face emoji)<br>BZ: Lol<br>HR: Thank you for the pick me up. Do they even k now who they are posing for? How did [employee known to the grand jury] meeting go?<br>BZ: They know. Meeting good<br>HR: So being kind to an old man. Lol. I look forward to getting to know them better. At least I won't have to use a phone to translate(grinning face emoji) So is [employee known to the grand jury] gonna pick up more shifts?<br>BZ: Yea<br>BZ: [unknown object] [unknown object]<br>HR: Who are those girls?<br>BZ: Who knows. Sending it |

| | | all. Lol<br>HR: Thank you! |
|---|---|---|
| iMessage between Brent Zywiec and Dan Thomas | December 22, 2023 | BZ: St patrol. Will hit. But not a guarantee tonight. AG cop and FBI agent are posing as a couple and have been into [competitor strip club known to grand jury] three times as a couple. Report coming soon.<br>DT: Nice. |
| Conversation intercepted between Assistant Attorney General and Hobert Rupe | March 28, 2025 | The topic of the conversation focused on allegations of two Omaha strip club competitors. Rupe encouraged additional conversations with law enforcement to focus investigations into both strip clubs, to include sending law enforcement investigators back into the clubs. |

All in violation of Title 18, United States Code, Sections 1349 and 1346.

<u>Counts II - V—Honest Services Fraud</u>

1. At all times material to Count II-V, defendant HOBERT RUPE was the Executive Director of the Nebraska Liquor Control Commission for the State of Nebraska. The Liquor Control Commission does not have its own investigators. The Liquor Commission relies on local law enforcement and the Nebraska State Patrol. The Liquor Control Commission also believes the consumption of alcohol could impair judgment and could lessen inhibitions, causing some consumers to engage in illegal activities or to be victims of illegal activities on or about licenses premises, endangering the health, safety and welfare of individuals. The Liquor Commission believes there is a nexus between the consumption of alcohol and certain illegal activities that occur within licensed premises or in adjacent related outdoor areas. Such activities include, but are not limited to, drug-related offenses, prostitution or

pandering, assaults, sexual assaults, homicide, gambling, vandalism, weapons-related offenses, etc.

2. At all times material to Count II-V, HOBERT RUPE witnessed numerous instances of such "illegal activities" occurring while he was present at The Office. HOBERT RUPE also learned of and participated in various illegal activities at The Office.

3. As part of the scheme to defraud the public of his honest services, HOBERT RUPE, failed to report the illegal activities he witnessed that had occurred at The Office and/or The Night Before. The Commissioners expected the Executive Director of the Liquor Control Commission to report known violations of liquor licenses to local law enforcement or to refer the violation for further investigation.

4. As part of the scheme to defraud the public described above, HOBERT RUPE, BRENT ZYWIEC, and DAN THOMAS in furtherance of the scheme, caused to be transmitted by means of wire communications, communications in interstate commerce and utilizing facilities of interstate commerce, the sounds and signals described below:

| WIRE | ON OR ABOUT | WIRE DESCRIPTION |
|------|-------------|------------------|
| II. iMessage between Brent Zywiec and Dan Thomas | August 12, 2023 | DT: Hobie is here<br>BZ: He told me<br>DT: Should I just buy him some dances<br>BZ: Absolutely<br>BZ: I got security and a lot of other omaha shit locked up if it happens<br>BZ: Ask Hobie if the 18 and over after hours is approved<br>DT: Gave the new blond 100 she just took Hobie to vip. Is that enough lol<br>DT: Then I gave [dancer known to the grand jury] and hundo and she grabbed him and took him back into vip |

| | | (angel emoji)<br>BZ: It's not what you know. It's who you know (fist pump emoji) |
|---|---|---|
| III. iMessage between Hobert Rupe and Brent Zywiec | December 8, 2024 | BZ: [video created, saved, and stored on an iCloud account depicting a large fight involving an individual who is believed to be Zywiec, multiple punches are thrown at one another. The group of individuals fighting spills out of The Office's front door which leads to the parking lot]<br>BZ: [video depicting the fight from the vantage point of The Office's front parking lot facing the front door. An individual again believed to be Zywiec appears to hold and point a handgun at another male while yelling, "Don't fucking move, motherfucker…I'll fucking kill you...get the fuck out of here."<br>BZ: Had to pull my gun on a guy who pulled a knife<br>HR: did you contact LPD?<br>BZ: No<br>BZ: photo of a bloody hand resting on a pillow or cushion |
| IV. Security Camera Surveillance Video uploaded to Brent Zywiec's iCloud account | July 20, 2024 | A video was located as being saved and uploaded on Zywiec's iCloud depicting Rupe in a private room with a dancer. Rupe was engaged in a large amount of physical contact with the dancer, to include receiving oral sex and manual stimulation. |
| V. iMessage between Hobert Rupe and Brent Zywiec; phone calls placed | May 14, 2024 | HR: You at club or house?<br>BZ: House<br>HR: Stopping by |

| | | |
|---|---|---|
| by Brent Zywiec; Security Camera Surveillance Video uploaded to Brent Zywiec's iCloud account | | BZ: K<br>Call from HR to BZ that lasts 131 seconds<br>Call from BZ to The Office that lasts 171 seconds<br>Call from BZ to HR that lasts 51 seconds<br>A video located on The Office's DVR recording system of a bartender at The Office handing Rupe a stack of cash. Shortly thereafter, a video saved on Zywiec's iCloud of Rupe making a cash transaction in a private room to pay for a private dance session. In the video, Rupe is seen having a large amount of physical contact with the dancer, to include Rupe rubbing and/or grasping the dancer's nude breasts and partially clothed buttocks. |

All in violation of Title 18, United States Code, Sections 1346 and 1343.

<u>Count VI—Wire Fraud</u>

1. The allegations set out in Count I are hereby realleged as if set forth herein.

2. The allegations set out in Count II are hereby realleged as if set for herein.

3. On or about March 14, 2023, HOBERT RUPE devised and intended to devise, and participated in, a scheme to defraud the citizens of Nebraska, and to obtain money by means of fraudulent pretenses, representations, and promises.

4. As part of the scheme to defraud the public described above, HOBERT RUPE in furtherance of the scheme, on or about the date below, caused to be transmitted by means of wire communications, communications in interstate commerce and utilizing facilities of interstate commerce, the signals and sounds described below.

| WIRE | DATE | DESCRIPTION OF WIRE |
|------|------|---------------------|
| Submission of Form | March 14, 2023 | HOBERT RUPE caused his 2022 Statement of Financial Interests to be filed electronically with the Nebraska Accountability and Disclosure Commission and there were material omissions on the Statement of Financial Interests, to wit: gifts over $100 in value. |

All in violation of Title 18, United States Code, Section 1343.

<u>Count VII—Wire Fraud</u>

5. The allegations set out in Count I are hereby realleged as if set forth herein.

6. The allegations set out in Count II are hereby realleged as if set for herein.

7. On or about March 12, 2024, HOBERT RUPE devised and intended to devise, and participated in, a scheme to defraud the citizens of Nebraska, and to obtain money by means of fraudulent pretenses, representations, and promises.

8. As part of the scheme to defraud the public described above, HOBERT RUPE in furtherance of the scheme, on or about the date below, caused to be transmitted by means of wire communications, communications in interstate commerce and utilizing facilities of interstate commerce, the signals and sounds described below.

| WIRE | DATE | DESCRIPTION OF WIRE |
|------|------|---------------------|
| Submission of Form | March 12, 2024 | HOBERT RUPE caused his 2023 Statement of Financial Interests to be filed electronically with the Nebraska Accountability and Disclosure Commission and there were material omissions on the Statement of Financial Interests, to wit: gifts over $100 in value. |

All in violation of Title 18, United States Code, Section 1343.

### Count VIII—Hobbs Act Extortion Under Color of Official Right

1. The allegations set out in Count I are hereby realleged as if set forth herein.

2. The allegations set out in Count II are hereby realleged as if set forth herein.

3. On about or between April 5, 2021, and January 31, 2025, in the District of Nebraska, HOBERT RUPE did knowingly affect in any way and degree commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951; that is HOBERT RUPE obtained money not due to him or his office from Business Owner 1, under color of official right, to wit: requiring a total of $65,000 in payments from Business Owner 1 for the purported purpose of helping Business Owner 1 retain his liquor license for which Business Owner 1 would not otherwise qualify for independently without HOBERT RUPE's unlawful assistance.

All in violation of Title 18, United States Code, Section 1951.

### Count IX—Aiding and Abetting Hobbs Act Extortion Under Color of Official Right

1. The allegations set out in Count I are hereby realleged as if set forth herein.

2. The allegations set out in Count II are hereby realleged as if set forth herein.

3. On or about April 5, 2021 and January 31, 2025, in the District of Nebraska, BRENT ZYWIEC and SHANE ZYWIEC did knowingly affect in any way and degree commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951; that is BRENT ZYWIEC and SHANE ZYWIEC obtained money not due to them from Business Owner 1 for the purported purpose of helping Business Owner 1 retain his liquor license for which Business Owner 1 would not

SEALED

otherwise qualify for independently without BRENT ZYWEIC and SHANE ZYWIEC's

unlawful assistance.

All in violation of Title 18, United States Code, Sections 1951 and 2.


A TRUE BILL.



FOREPERSON


The United States of America requests that trial of this case be held in Lincoln, Nebraska,
pursuant to the rules of this Court.


By: _____ #25658
        JULIE ANN M. MRUZ, #25564
   for  Assistant United States Attorney

SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

United States of America
v.

DAN THOMAS

)
)
)
)
)
)

Case No.  4:25CR3083

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    DAN THOMAS _____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Honest Services Fraud, in violation of 18 U.S.C. §1349 & 1346
Honest Services Fraud, in violation of 18 U.S.C. §1346, 1343

Date:  11/18/25

_____
*Issuing officer's signature*

City and state:    Omaha, Nebraska

Denise M. Lucks, Clerk of the Court
_____
*Printed name and title*

| Return |
|--------|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                      _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |